# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTHONY STAFFORD,** : | CIVIL ACTION NO. 1:15-CV-2333 |
| Plaintiff : | (Chief Judge Conner) |
| v. : | |
| **CORIZON HEALTH, INC./PHS** : | |
| **INC., PA DEPARTMENT OF** : | |
| **CORRECTIONS, MR. KELLNER,** : | |
| **DR. ARNER, J. MACKNIGHT,** : | |
| **JOHN KERESTES, JOHN WETZEL,** : | |
| Defendants : | |

## ORDER

AND NOW, this 9th day of August, 2016, upon consideration of defendants' motions (Docs. 5, 8) to dismiss, and for the reasons set forth in the court's memorandum of the same date, it is hereby ORDERED that:

1. The motions (Docs. 5, 8) to dismiss filed by defendants are GRANTED.

2. The amended complaint against defendant Corizon Health, Inc./Prison Health Services, Inc., is DISMISSED pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. See FED. R. CIV. P. 4(m).

3. The Clerk of Court is directed to CLOSE this case.

4. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania